**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MISTY L. TAYLOR** **PLAINTIFF**

**VERSUS** **CAUSE NO.: 1:22-CV-146-SA-RP**

**NORTH MISSISSIPPI MEDICAL CENTER, INC.**
**d/b/a NORTH MISSISSIPPI RETINA CENTER** **DEFENDANT**

**AGREED ORDER OF DISMISSAL**
**WITH PREJUDICE BY REASON OF SETTLEMENT**

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice by reason of settlement, it is hereby ORDERED that this case be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 22nd day of June, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

/s/ Rachel Pierce Waide
RACHEL PIERCE WAIDE, ESQ.
*Attorney for Plaintiff*

/s/ Martin J. Regimbal
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*